UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUTH ARNAUD** | * | C.A. NO. 07-2740 |
| **Plaintiff** | * | |
| | * | SECT. K, MAG. 2 |
| v. | * | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| **LEXINGTON INSURANCE COMPANY** | * | |
| **Defendant** | * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:

IT IS ORDERED that the claims of the plaintiff, Ruth Arnaud, against Lexington Insurance Company in the above captioned matter are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __27th__ day of _____August_____, 2008.

_____
UNITED STATES DISTRICT JUDGE